UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| JOHN PILLING,<br>            Plaintiff,<br><br>    v.<br>TARGET CORPORATION,<br>            Defendant.<br>_____/ | No. C 12-0862 PSG<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:        June 26, 2012<br>Evaluator:   Juan Walker |

IT IS HEREBY ORDERED that the request to excuse defendant Target Corporation's claims person, Linda Clark, from personal attendance at the June 26, 2012, mediation session before Juan Walker is GRANTED. Ms. Clark shall participate telephonically for the duration of the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

April 25, 2012
_____
Dated

By: _____
Donna M. Ryu
United States Magistrate Judge