RICHARD E. A. DWYER, ESQ. (#143883)
800 W. EL CAMINO REAL, SUITE 180
MOUNTAIN VIEW, CALIFORNIA 94040
(800) 372 9983

Attorneys for Plaintiff JOHN PILLING



GRANTED
/s/ Paul S. Grewal
Judge Paul S. Grewal

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PILLING, an individual,<br><br>PLAINTIFF<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation doing business in California, and DOES 1 through 10 inclusive.<br><br>DEFENDANTS | CASE NO. C12 – 00862 PSG<br><br>**REQUEST FOR PERMISSION TO TELEPHONICALLY APPEAR AT NOVEMBER 13, 2012 HEARING; [~~PROPOSED~~] ORDER**<br><br>Honorable Paul Singh Grewal, presiding |

Plaintiff's counsel RICHARD DWYER, ESQ. hereby requests permission to telephonically appear via Court Call at the November 13, 2012 motion to compel hearing scheduled in this matter.

IT IS SO ORDERED.

DATED: November 9, 2012



Paul S. Grewal
UNITED STATES DISTRICT COURT JUDGE