UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN PILLING, ) | Case No.: C 12-00862 PSG |
| ) | |
| Plaintiff, ) | **ORDER DENYING AS MOOT** |
| v. ) | **DEFENDANT'S MOTION TO** |
| ) | **COMPEL AND DENYING** |
| ) | **DEFENDANT'S MOTION FOR** |
| TARGET CORPORATION, ) | **SANCTIONS** |
| ) | |
| Defendant. ) | **(Re: Docket No. 20)** |
| ) | |

Defendant Target Corporation ("Target") moves to compel Plaintiff John Pilling ("Pilling") to produce an expert witness report. Target also moves for sanctions totaling $1,120.00. Plaintiff John Pilling ("Pilling") opposes the motion. On November 13, 2012, the parties appeared for hearing. Having reviewed the papers and considered the arguments of counsel,

IT IS HEREBY ORDERED that Target's motion to compel is DENIED as moot and Target's motion for sanctions is DENIED.

At the hearing, Pilling withdrew his designation of George Thabit, M.D. ("Thabit") as a retained rebuttal expert. He will testify in his capacity as a treating physician only. Based on Pilling's withdrawal of Thabit as a retained rebuttal expert, a written report is no longer required.[1] Target's motion therefore is moot.

---

[1] *See* Fed. R. Civ. P. 26(a)(2)(B).

1

Case No.: C 12-00862 PSG
ORDER

In light of the above, Target's motion for sanctions is denied.

**IT IS SO ORDERED.**

Dated: 11/13/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

2

Case No.: C 12-00862 PSG
ORDER